UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 5 2010
BY DAVID J. MALAND, CLERK
DEPUTY

-----------------------------------------------------------X    CASE NO. 5:10-CV-169
MELBA HORN AND HUSBAND, DANA HORN

                     Plaintiff(s),
  -against-                                  AFFIDAVIT OF SERVICE

FARMERS & MERCHANTS BANK OF LONG BEACH

                     Defendant(s),
-----------------------------------------------------------X
STATE OF TEXAS    )
              S.S.;
COUNTY OF BOWIE  )

    ISAIAH BELL, being duly sworn, deposes and says that he is a over the age of eighteen years, is an agent of Time Machine Network and is not a party to this action.

    That on the 29TH day of September, 2010, at approximately 9:19 a.m., deponent was served a true copy of the **SUMMONS & COMPLAINT, CIVIL COVER SHEET** upon **FARMERS & MERCHANTS BANK** at 302 PINE AVENUE, LONG BEACH, CA 90802, by personally delivering and leaving the same with DANIEL K. WALKER at that address.

                                           _____
                                           ISAIAH BELL
                                           REGISTRATION #6533
                                           LOS ANGELES COUNTY
                                           Time Machine Network
                                           PO Box 861057
                                           Los Angeles, CA 90086

                                                                        *COD-25509.JEC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

Texarkana         DIVISION

**SUMMONS IN A CIVIL CASE**

Melba Horn and husband, Dana Horn

v.                          CASE NUMBER:    5:10-cv-169

Farmers & Merchants Bank of Long Beach


TO: (Name and address of defendant)
Farmers & Merchants Bank of Long Beach, 302 Pine Avenue, Long Beach, California 90802, by serving Daniel K. Walker, or an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William C. Gooding
Gooding & Crittenden, L.L.P.
P.O. Box 6168
Texarkana, TX  75505-6168


an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

DAVID J. MALAND, CLERK

BY: /s/ David Maland
Deputy Clerk

Date: 9/28/10

## RETURN OF SERVICE

Service of the summons and complaint was made by me :  Date _____

Name of Server _____ Title _____

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant. Place where served:

_____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons was left:

_____

☐   Returned unexecuted: _____
_____
_____

### STATEMENT OF SERVICE FEES

Travel _____ Services _____ Total _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
            Date

_____
Signature of Server

_____
Address of Server